No. 576. TRACHER v. MARTIN, WARDEN. November 12, 1946. Petition for writ of certiorari to the County Court of Erie County, New York, denied. Petitioner *pro se*. *Nathaniel L. Goldstein,* Attorney General of New York, and *Wendell P. Brown,* Solicitor General, for respondent.

No. 604. LEWIS v. RAGEN, WARDEN. November 12, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 618. HINES v. NIERSTHEIMER, WARDEN. November 12, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 620. TOMANEK v. RAGEN, WARDEN. November 12, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 621. MINER v. RAGEN, WARDEN. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 622. WILLIAMS v. ILLINOIS. November 12, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.